UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| COMMUNITY ASSOCIATIONS INSTITUTE; CANTERBURY CROSSING CONDOMINIUM TRUST ; TOWNHOUSE GREEN COOPERATIVE; TERRACES ON MEMORIAL HOMEOWNERS ASSOCIATION; REGENCY AT ASHBURN GREENBRIER CONDOMINIUM ASSOCIATION; AND FARRCROFT HOMEOWNERS ASSOCIATION, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> JANET YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury, UNITED STATES DEPARTMENT OF THE TREASURY, and ANDREA GACKI, in her official capacity as Director of Financial Crimes Enforcement Network, <br><br>    Defendants. | Case No. 1:24-cv-1597 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS**

Plaintiffs Community Associations Institute, Canterbury Crossing Condominium Trust, Townhouse Green Cooperative Inc., Terraces on Memorial Homeowners Associations, Regency at Ashburn Greenbrier Condominium Association, and Farrcroft Homeowners Association, Inc., pursuant to Local Rule 7(F)(3), move the Court for leave to leave to exceed the page limitations for Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction filed this same date.

Plaintiffs fully recognize the importance of clear and concise written advocacy. To this end, Plaintiffs request leave to exceed the 30 page limit by 15 pages because (i) Plaintiffs have

raised several complex challenges to the applicability, enforceability, and constitutionality of the Corporate Transparency Act, which itself is a complex federal law, (ii) the Court's analysis of Plaintiffs' challenges and request for preliminary injunctive relief would benefit from a meaningful factual record and well-developed discussion of legal authorities, and (iii) Plaintiffs have endeavored to provide this in as clear and concise a manner as possible. Accordingly, Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction is 45 pages, and Plaintiffs will also consent to a request by Defendants to exceed page limits in the same respect.

Given that this action has just been filed, it is not clear who will act as Defendants' counsel. Once Defendants' counsel is identified, Plaintiffs' counsel will confer with them to determine whether this motion is unopposed and will file a statement indicating the Defendants' position regarding this motion with the Court.

For the foregoing reasons, Plaintiffs respectfully move the Court to grant leave to exceed the page limitations for Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction. A proposed Order is attached.

Dated: September 10, 2024

Respectfully submitted,

/s/ Brendan Bunn
Brendan Bunn, No. 38461
Chadwick, Washington, Moriarty,
Elmore & Bunn, P.C.
3201 Jermantown Road, Suite 600
Fairfax, VA 22030
Tel: 703-352-1900
Fax: 703-352-5293
bpbunn@chadwickwashington.com

*Attorneys for Canterbury Crossing Condominium Trust, Townhouse Green Cooperative Inc., Terraces on Memorial Homeowners Association, Farrcroft Homeowners Association, Regency at Ashburn Greenbrier*

/s/ Damon W.D. Wright
Damon W.D. Wright, No. 40319
Clair E. Wischusen, No. 99174
Stephanie Bortnick, No. 87216
Gordon Rees Scully Mansukhani LLP
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Tel: 202-399-1009
Fax: 202-800-2999
dwright@grsm.com
cwischusen@grsm.com
sbortnick@grsm.com

Gretchen Sperry (*Pro Hac Vice* forthcoming)
Mary J. Goers (*Pro Hac Vic*

2

*Condominium Association*

Edmund Allcock (*Pro Hac Vice* forthcoming)
Allcock Marcus
10 Forbes Road, Suite 400W
Braintree, MA 02184
Tel: 781-884-1660
ed@amcondolaw.com

*Attorneys for Canterbury Crossing Condominium Trust*

forthcoming)
Gordon Rees Scully Mansukhani LLP
One North Wacker, Suite 1600
Chicago, IL 60606
Tel: 312-565-1400
Fax: 312-565-6511
gsperry@grsm.com
mgoers@grsm.com

*Attorneys for Community Associations Institute*