UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| COMMUNITY ASSOCIATIONS INSTITUTE; CANTERBURY CROSSING CONDOMINIUM TRUST ; TOWNHOUSE GREEN COOPERATIVE; TERRACES ON MEMORIAL HOMEOWNERS ASSOCIATION; REGENCY AT ASHBURN GREENBRIER CONDOMINIUM ASSOCIATION; AND FARRCROFT HOMEOWNERS ASSOCIATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JANET YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury, UNITED STATES DEPARTMENT OF THE TREASURY, and ANDREA GACKI, in her official capacity as Director of Financial Crimes Enforcement Network,<br><br>Defendants. | Case No. 1:24-cv-1597 |

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Before the Court is Plaintiffs' Motion for Leave to Exceed Page Limits in connection with Plaintiffs' Motion for Preliminary Injunction filed September 10, 2024.

Having considered Plaintiffs' Motion for Leave to Exceed Page Limits and for good cause shown, the Court finds that the Motion for Leave to Exceed Page Limits should be granted.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs are granted leave and Plaintiffs' Motion for Preliminary Injunction is hereby accepted as filed.

Entered this ___ day of September 2024       _____
                                              U.S. District Judge