UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| COMMUNITY ASSOCIATIONS INSTITUTE; CANTERBURY CROSSING CONDOMINIUM TRUST ; TOWNHOUSE GREEN COOPERATIVE; TERRACES ON MEMORIAL HOMEOWNERS ASSOCIATION; REGENCY AT ASHBURN GREENBRIER CONDOMINIUM ASSOCIATION; AND FARRCROFT HOMEOWNERS ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JANET YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury, UNITED STATES DEPARTMENT OF THE TREASURY, and ANDREA GACKI, in her official capacity as Director of Financial Crimes Enforcement Network, <br><br> Defendants. | Case No. 1:24-cv-1597 |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), and for the reasons set forth in the accompanying memorandum of law, Plaintiffs Community Associations Institute, Canterbury Crossing Condominium Trust, Townhouse Green Cooperative Inc., Terraces on Memorial Homeowners Associations, Regency at Ashburn Greenbrier Condominium Association, and Farrcroft Homeowners Association move for a preliminary injunction prohibiting Defendants and their agents from enforcing the Corporate Transparency Act, 31 U.S.C. § 5336, while this action is pending, against Plaintiffs and CAI's affected members, which are homeowners associations,

condominium associations, cooperatives, business trusts, and entities performing similar functions.

Dated: September 10, 2024

Respectfully submitted,

/s/ Brendan Bunn
Brendan Bunn, No. 38461
Chadwick, Washington, Moriarty,
Elmore & Bunn, P.C.
3201 Jermantown Road, Suite 600
Fairfax, VA 22030
Tel: 703-352-1900
Fax: 703-352-5293
bpbunn@chadwickwashington.com

*Attorneys for Canterbury
Crossing Condominium Trust,
Townhouse Green Cooperative Inc.,
Terraces on Memorial Homeowners
Association, Farrcroft Homeowners
Association, Regency at Ashburn Greenbrier
Condominium Association*

Edmund Allcock (*Pro Hac Vice* forthcoming)
Allcock Marcus
10 Forbes Road, Suite 400W
Braintree, MA 02184
Tel: 781-884-1660
ed@amcondolaw.com

*Attorneys for Canterbury Crossing
Condominium Trust*

/s/ Damon W.D. Wright
Damon W.D. Wright, No. 40319
Clair E. Wischusen, No. 99174
Stephanie Bortnick, No. 87216
Gordon Rees Scully Mansukhani LLP
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Tel: 202-399-1009
Fax: 202-800-2999
dwright@grsm.com
cwischusen@grsm.com
sbortnick@grsm.com

Gretchen Sperry (*Pro Hac Vice*
forthcoming)
Mary J. Goers (*Pro Hac Vic*
forthcoming)
Gordon Rees Scully Mansukhani LLP
One North Wacker, Suite 1600
Chicago, IL 60606
Tel: 312-565-1400
Fax: 312-565-6511
gsperry@grsm.com
mgoers@grsm.com

*Attorneys for Community Associations
Institute*