# EXHIBIT C

I

118TH CONGRESS
2D SESSION
# H. R. 9045

To amend title 31, United States Code, to exempt entities subject to taxation under section 528 of the Internal Revenue Code of 1986 from certain beneficial ownership reporting requirements.

## IN THE HOUSE OF REPRESENTATIVES

JULY 15, 2024

Mr. MCCORMICK (for himself, Mr. LOUDERMILK, and Mr. WEBER of Texas) introduced the following bill; which was referred to the Committee on Financial Services

# A BILL

To amend title 31, United States Code, to exempt entities subject to taxation under section 528 of the Internal Revenue Code of 1986 from certain beneficial ownership reporting requirements.

1 *Be it enacted by the Senate and House of Representa-*
2 *tives of the United States of America in Congress assembled,*

3 **SECTION 1. SHORT TITLE.**

4 This Act may be cited as the ''Community Associa-
5 tion Reporting Exemption Act''.

6 **SEC. 2. EXEMPTION.**

7 Section 5336(a)(11)(B)(xix) of title 31, United
8 States Code, is amended—

Exhibit C

2

1       (1) in subclause (II), by striking ''or'' at the
2 end;
3       (2) in subclause (III), by adding ''or'' at the
4 end; and
5       (3) by adding at the end the following:
6           ''(IV) entity subject to taxation
7           under section 528 of the Internal Rev-
8           enue Code of 1986;''.

○

Exhibit C