IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| COMMUNITY ASSOCIATIONS INSTITUTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANET YELLEN, <br> Secretary of the United States Department of the Treasury, *et al.*, <br><br> Defendants. | Case No. 1:24cv1597 (MSN/LRV) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Assistant United States Attorney Kirstin K. O'Connor as counsel for Defendants in the above-captioned action.


Dated: September 13, 2024

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

*By*: _____/s/_____
KIRSTIN K. O'CONNOR
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3799
Fax:   (703) 299-3983
Email:  kirstin.o'connor@usdoj.gov

*Counsel for Defendants*