**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| COMMUNITY ASSOCIATIONS INSTITUTE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:24cv1597 (MSN/LRV) |
| JANET YELLEN, Secretary of the United States Department of the Treasury, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction, the motion is **GRANTED**, and it is hereby

**ORDERED** that Defendants shall respond to the Motion for Preliminary Injunction (Dkt. 13) on or before October 2, 2024.

**IT IS SO ORDERED.**

Date: September _____ , 2024

_____
UNITED STATES DISTRICT JUDGE