# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| COMMUNITY ASSOCIATIONS INSTITUTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANET YELLEN, <br> Secretary of the United States <br> Department of the Treasury, *et al.*, <br><br> Defendants. | Case No. 1:24cv1597 (MSN/LRV) |

## WAIVER OF HEARING

PLEASE TAKE NOTICE that Defendants waive oral hearing on their Motion for Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction.

Dated: September 13, 2024

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:   /s/
PETER BAUMHART
KIRSTIN K. O'CONNOR
Assistant United States Attorneys
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3738/3799
Fax:   (703) 299-3983
Email: peter.baumhart@usdoj.gov
         kirstin.o'connor@usdoj.gov

*Counsel for Defendants*