IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

COMMUNITY ASSOCIATIONS
INSTITUTE, *et al.*,
           Plaintiffs,

v.

JANET YELLEN, *et al.*,
           Defendants.

No. 1:24-cv-1597-MSN-LRV

## ORDER

Before the Court is Plaintiffs' Motion for Leave to file a brief in excess of this Court's page limits (ECF 12), and Defendants' Consent Motion for an Extension of Time to file a response brief (ECF 23). Upon good cause shown, it is hereby

**ORDERED** that Plaintiffs' Motion for Leave (ECF 12) is **GRANTED**; and it is further

**ORDERED** that Defendants' Consent Motion for an Extension (ECF 23) is **GRANTED**; and it is further

**ORDERED** that Defendants shall file a response brief of up to 45 pages to Plaintiffs' Motion for a Preliminary Injunction on or before October 2, 2024.

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

September __, 2024
Alexandria, Virginia