# MOTION HEARING

| | |
|---|---|
| Date:  10/11/2024 | Judge:  Michael S. Nachmanoff |
| | Reporter:  Tonia Harris |
| Start:  9:44 A.M. | Deputy Clerk:  Lynnelle Creek |
| Finish: 10:42 A.M. | |

**CIVIL ACTION NUMBER:  1:24-CV-1597**

**COMMUNITY ASSOCIATIONS INSTITUTE, ET AL**

VS.

**US DEPARTMENT OF TREASURY, ET AL**

_____

## APPEARANCE OF COUNSEL

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Clair Wischusen | Peter Baumhart |
| Damon Wright | Kirstin O'Connor |
| Edmund Allcock | |
| Brendan Bunn | |

_____

## PROCEEDINGS

1. Motion for Preliminary Injunction (dkt. 13) by Plaintiffs- Taken Under Advisement
   - Order to follow.