UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| COMMUNITY ASSOCIATIONS INSTITUTE, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:24-cv-1597 (MSN/LRV) |
| v. | ) ) ) |
| JANET YELLEN, Secretary of the United States Department of the Treasury, *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Plaintiffs Community Associations Institute, Canterbury Crossing Condominium Trust, Townhouse Green Cooperative, Terraces on Memorial Homeowners Association, Regency at Ashburn Greenbrier Condominium Association, and Farrcroft Homeowners Association appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's Memorandum Opinion and Order (ECF #40) entered on October 24, 2024, denying their Motion for Preliminary Injunction (ECF #13).

Respectfully submitted, this 4th day of November, 2024.

| | |
|---|---|
| /s/ Brendan Bunn | /s/ Damon W.D. Wright |
| Brendan Bunn, No. 34861 | Damon W.D. Wright, No. 40319 |
| Chadwick, Washington, Moriarty, Elmore & Bunn, P.C. | Clair E. Wischusen, No. 99174 |
| | Gordon Rees Scully Mansukhani LLP |
| 3201 Jermantown Road, Suite 600 | 277 S. Washington Street, Suite 550 |
| Fairfax, VA 22030 | Alexandria, VA 22314 |
| Tel: 703-352-1900 | Tel: 202-399-1009 |
| Fax: 703-352-5293 | Fax: 202-800-2999 |
| bpbunn@chadwickwashington.com | dwright@grsm.com |
| | cwischusen@grsm.com |
| *Attorneys for Canterbury Crossing Condominium Trust, Townhouse Green Cooperative, Terraces on Memorial Homeowners* | *Attorneys for Community Associations Institute* |

*Association, Farrcroft Homeowners Association, Regency at Ashburn Greenbrier Condominium Association*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2024, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*/s/ Damon W.D. Wright*
Damon W.D. Wright (No. 40319)

2