IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| COMMUNITY ASSOCIATIONS INSTITUTE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JANET YELLEN,<br>Secretary of the United States<br>Department of the Treasury, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24cv1597 (MSN/LRV) |

## ORDER

This matter comes before the Court on the parties' joint motion to stay proceedings. Upon consideration of the motion, and for good cause shown, it is hereby:

ORDERED that the parties' motion is GRANTED; and it is hereby

ORDERED that the instant action is STAYED until further order of this Court.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Michael S. Nachmanoff
　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　Hon. Michael S. Nachmanoff
　　　　　　　　　　　　　　　　　　　United States District Judge

November 7, 2024
Alexandria, Virginia